UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADALYN M. SOULLIERE,

        Plaintiff,         Case Number 07-11174
v.         Honorable David M. Lawson
        Magistrate Judge Mona K. Majzoub

MARY SOULLIERE and JERRY SOULLIERE,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR DEFAULT JUDGMENT

Presently before the Court is the report issued on February 25, 2008 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that this Court deny the plaintiff's motion for default judgment. The magistrate judge found that default judgment was inappropriate because the plaintiff has failed to establish that the defendants were properly served. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 11] is **ADOPTED**.

It is further **ORDERED** that plaintiff's motion for default judgment [dkt # 10] is **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: March 14, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 14, 2008.

s/Felicia M. Moses
FELICIA M. MOSES